PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT
FOR THE
_District of Guam_

UNITED STATES OF AMERICA

v. } CRIMINAL CASE NO. 01-00044-002

QING GUI CHEN

**FILED**
DISTRICT COURT OF GUAM
MAY 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **April 14, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
Joaquin C. Arriola, Jr., Defense Counsel
Guam Immigration and Customs Enforcment
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _31st_ day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**RECEIVED**
MAY 3 0 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM
**ORIGINAL**